WMC

**FILED**
OCT 26 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 8874

| | |
|---|---|
| UNITED STATES OF AMERICA ) | MAGISTRATE CASE No: _____ |
| ) | |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | 8 U.S.C. § 1324(a)(2)(B)(iii) |
| ) | Bringing In Illegal Aliens |
| Maria LOPEZ Escobar ) | Without Presentation (Felony) |
| ) | |
| Defendant. ) | |

The undersigned complainant, being duly sworn, states:

That on October 24, 2007, within the Southern District of California, defendant Maria LOPEZ Escobar, with the intent to violate immigration laws of the United States, knowing and in reckless disregard of the fact that five aliens, namely, Maria Ortencia CALIXTO Ciprian, Anabel MORA Galeana, Marco Antonio MORA Galeana, Victor Hugo JARQUIN Moreira, and Jorge Armando AVALOS Hernandez, had not received prior official authorization to come to, enter and remain in the United States, did bring to the United States said aliens and upon arrival did not bring and present said aliens immediately to a Customs Border Protection Officer at the designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached Statement of facts, which is incorporated herein by reference.

_____
Izabel Figueroa, CBP
Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 25th DAY OF OCTOBER 2007.

_____
HON. Peter C. Lewis
U.S. MAGISTRATE JUDGE

1  UNITED STATES OF AMERICA
              v.
2  LOPEZ Escobar

3

4                    PROBABLE CAUSE STATEMENT

5     I, Customs Border Protection Enforcement Officer Jose L.
6  Bolanos, declare under penalty of perjury, the following is true
   and correct:
7

8     On October 25, 2007, at approximately 07:22 P.M., a 2003
9  Chevrolet Avalanche arrived at the Calexico West Port of Entry
   lane number eight, coming from the Republic of Mexico. Driving
10 the vehicle was the defendant Maria LOPEZ Escobar who applied
11 for entry into the United States by presenting to the primary
   United States Customs and Border Protection Officer (CBPO)
12 Claudia Gomez a counterfeit California Drivers License and
13 declaring to be a United States citizen. At the time of LOPEZ
14 Escobar's application for entry, she was the only visible
   occupant of the vehicle. LOPEZ Escobar gave a negative customs
15 declaration and stated that her purpose of her visit to Mexico
16 was to drop off her husband. CBPO Gomez opted to refer LOPEZ
17 Escobar and the vehicle into secondary for further inspection.
       At vehicle secondary office CBPO David Morris conducted an
18 inspection on LOPEZ Escobar's vehicle and was unable to open the
19 cargo area of the vehicle. CBP Canine Enforcement Office Monty
20 McGee was requested to utilized his narcotics detector dog,
21 which alerted to the back wall side of the vehicle. Five
   undocumented aliens were discovered inside the cargo area of the
22 vehicle, later identified as Maria Ortencia CALIXTO Ciprian,
23 Anabel MORA Galeana, Marco Antonio MORA Galeana, Victor Hugo
24 JARQUIN Moreira, and Jorge Armando AVALOS Hernandez. LOPEZ
   Escobar was then escorted into the vehicle secondary office for
25 further inspection.
26     LOPEZ Escobar was read and explained her Miranda warnings
27 in the Spanish language by CBP Enforcement Officer Jose L.
28

| | |
|---|---|
| 1 | UNITED STATES OF AMERICA |
| | v. |
| 2 | LOPEZ Escobar |

Bolanos and witnessed by CBP Enforcement Officer Izabel Figueroa. LOPEZ Escobar said she understood her rights.

Material Witness Maria Ortencia CALIXTO Ciprian admitted that she is a native and citizen of Mexico with no legal right to enter into or be in the United States. CALIXTO Ciprian stated that her husband had made the smuggling arrangements in Mexico. CALIXTO Ciprian said an unknown male took her and her husband, to home were they waited, and later were transported to another location to be smuggled in the United States. CALIXTO Ciprian said she was instructed by the unknown man to get in the compartment. CALIXTO Ciprian said that she was in the hidden approximately one hour. CALIXTO Ciprian stated that her final destination was to go to Utah to be reunited with her children. When presented with a photo line up CALIXTO Ciprian, was able to identified LOPEZ Escobar.

Material Witness Anabel MORA Galeana admitted that she is a native and citizen of Mexico with no legal right to enter into or be in the United States. MORA Galeana stated that her friend had made the smuggling arrangements in Mexico. MORA Galeana said an unknown male took her and her brother, to an unknown destination were they waited, to be smuggled in the United States. MORA Galeana said she was instructed by the unknown man to get in the compartment. MORA Galeana said that she was in the hidden approximately one hour. MORA Galeana stated that her final destination was to go to Chicago to seek employment. When presented with a photo line up MORA Galeana, was unable to identified LOPEZ Escobar.

Material Witness Marco Antonio MORA Galeana admitted that he is a native and citizen of Mexico with no legal right to enter into or be in the United States. MORA Galeana stated that his friend had made the smuggling arrangements in Mexico. MORA Galeana said an unknown male took him and his sister, to an unknown destination were they waited, to be smuggled in the

UNITED STATES OF AMERICA
v.
LOPEZ Escobar

United States. MORA Galeana said he was instructed by the unknown man to get in the compartment. MORA Galeana said that he was in the hidden approximately one hour. MORA Galeana stated that his final destination was to go to San Diego, California to seek employment. When presented with a photo line up MORA Galeana, was unable to identified LOPEZ Escobar.

Material Witness Victor Hugo JARQUIN Moreira admitted that he is a native and citizen of Mexico with no legal right to enter into or be in the United States. JARQUIN Moreira stated that he had made the smuggling arrangements in Mexico. JARQUIN Moreira said an unknown male took him, to an unknown destination were he waited, to be smuggled in the United States. JARQUIN Moreira said he was instructed by the unknown man to get in the compartment. JARQUIN Moreira said that he was in the hidden approximately one and a half hour. JARQUIN Moreira stated that his final destination was to go to Los Angeles, California to seek employment. When presented with a photo line up JARQUIN Moreira, was able to identified LOPEZ Escobar.

Material Witness Jorge Armando AVALOS Hernandez admitted that he is a native and citizen of Mexico with no legal right to enter into or be in the United States. AVALOS Hernandez stated that he had made the smuggling arrangements in Mexico. AVALOS Hernandez said an unknown male took him and his wife, to an unknown destination were they waited, to be smuggled in the United States. AVALOS Hernandez said he was instructed by the unknown man to get in the compartment. AVALOS Hernandez said that he was in the hidden approximately one hour. AVALOS Hernandez stated that his final destination was to go to Utah, to reunite with his children. When presented with a photo line up AVALOS Hernandez, was unable to identified LOPEZ Escobar.

\\

UNITED STATES OF AMERICA
v.
LOPEZ Escobar

**Material witness:**

| Name | Country of Birth |
|---|---|
| Maria Ortencia CALIXTO Ciprian | MEXICO |
| Anabel MORA Galeana | MEXICO |
| Marco Antonio MORA Galeana | MEXICO |
| Victor Hugo JARQUIN Moreira | MEXICO |
| Jorge Armando AVALOS Hernandez | MEXICO |

Further, the complainant states that said aliens are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144. Executed on October 25, 2007 at approximately 05:15 A.M.

_____
Jose L. Bolanos, CBP
Enforcement Officer

On the basis of the facts presented in the probable cause statement consisting of **four** pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on October 24, 2007 in the violation of Title 8, United States Code, § 1324.

_____
HON. Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

10/25/07 at 9:10am
Date and Time