1 **STEPHEN D. DEMIK**
California State Bar No. 221167
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California  92101-5030
Telephone No. (619) 234-8467
4 Email: Stephen_Demik@fd.org

5 Attorneys for Mr. Lopez

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE PETER C. LEWIS)**

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, | CASE NO. 07MJ8874 |
| 12              Plaintiff, | |
| 13 v. | |
|  | **NOTICE OF APPEARANCE** |
| 14 MARIA LOPEZ ESCOBAR, | |
| 15              Defendant. | |

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of

18 California, Stephen D. Demik, Federal Defenders of San Diego, Inc., files this Notice of Appearance as

19 attorney in the above-captioned case.

20                                                                Respectfully submitted,

22 Dated:  October 30, 2007                           /s/ *STEPHEN D. DEMIK*
                                                                       Federal Defenders of San Diego, Inc.
23                                                                Attorneys for Defendant
                                                                       Stephen_Demik@fd.org

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

    Courtesy Copy to Chambers

    Copy to Assistant U.S. Attorney via ECF NEF

    Copy to Defendant

Dated: October 30, 2007
      /s/ STEPHEN D. DEMIK
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Stephen_Demik@fd.org (email)