# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff ) | CRIMINAL NO. _O7mj 8874_ |
| ) | |
| vs. ) | ORDER |
| ) | RELEASING MATERIAL WITNESS |
| _Maria Lopez Escobar_ ) | |
| ) | Booking No. |
| Defendant(s) ) | |

On order of the United States District/Magistrate Judge, **LOUISA S. PORTER**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

_JORGE ARMANDO AVALOS - Hernandez_

DATED: _11/2/07_

**LOUISA S. PORTER**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk